```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18186
  JOHN A SCHNEIDER
  MICHELLE G SCHNEIDER                      CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-9377     SSN XXX-XX-8417
```

---
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/04/07 and confirmed on 12/05/07.

    2.  The case was dismissed after confirmation, 01/09/2009.

    3.  The Debtor paid a total of $   3630.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CROWN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CROWN MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMORINC | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ATLANTIC CREDIT & FINANC | UNSECURED | 809.03 | .00 | 28.32 |
| DISCOVER BANK | UNSECURED | 3668.55 | .00 | 128.41 |
| GLOBAL VANTEDGE | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 565.18 | .00 | 19.78 |
| MIDNIGHT VELVET | UNSECURED | 334.17 | .00 | 11.69 |
| MIDWEST DIVERSIFIED | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | 220.03 | .00 | 7.70 |
| ROUNDUP FUNDING LLC | UNSECURED | 244.29 | .00 | 8.55 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 700.74 | .00 | 24.53 |
| MAYO CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|                     | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL   |
|---------------------|--------:|---------:|----------:|------:|--------:|
| TOTAL CLMS ALLOWED  |    .00  |    .00   |  6541.99  |  .00  | 6541.99 |
| PRINCIPAL PAID      |    .00  |    .00   |   228.98  |  .00  |  228.98 |
| INTEREST PAID       |    .00  |    .00   |     .00   |  .00  |    .00  |
| TOTAL PAID          |    .00  |    .00   |   228.98  |  .00  |  228.98 |

The Debtor's attorney, JOHN C DENT                        , was allowed $   3500.00
and was paid $     295.00   direct and $    3205.00   through the plan.

The Trustee received $     196.02 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




PAGE   2
CASE NO. 07 B 18186 JOHN A SCHNEIDER & MICHELLE G SCHNEIDER